**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6204
_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

KEVIN GARY, a/k/a Kayo, a/k/a Red Eyes, a/k/a Human Torch,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:08-cr-00086-JKB-3)

_____

Submitted:  September 28, 2023               Decided:  October 3, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Gary, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Gary appeals the district court's order denying his motion for compassionate release. We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying relief. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). Accordingly, we affirm the district court's order. *United States v. Gary*, No. 1:08-cr-00086-JKB-3 (D. Md. Nov. 8, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*